## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN JULIUS MURRAY<br>1801 Hermitage Road<br>Ann Arbor, MI 48104<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>*Defendant.* | Civil Action No.  22-2593 |

## COMPLAINT

1.  Plaintiff Martin Julius Murray ("Plaintiff") brings this Freedom of Information Act judicial review against Defendant Federal Bureau of Investigation ("Defendant" or "FBI") to compel Defendant to produce the responsive records relating to Vietnam War era protests. Defendant has violated the Freedom of Information Act by failing to issue a determination within the statutory period, by failing to conduct a reasonable search, by failing to produce the responsive, non-exempt records, and by assigning multiple numbers to the same request.

**PARTIES**

2. Plaintiff is a resident of the State of Michigan where he is a writer and university professor. Plaintiff made a FOIA request to Defendant on March 22, 2022.

3. Defendant FBI is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4. This case is brought against a Federal Defendant under 28 U.S.C. § 1346 which is a Federal agency under 5 U.S.C. § 552(a)(4)(B). This case presents a federal question under 28 U.S.C. § 1331. These statutes confer jurisdiction on this Court.

5. The venue is proper under 5 U.S.C. § 552(a)(4)(B).

**PLAINTIFF'S MARCH 22, 2022 FOIA REQUEST**

6. On March 22, 2022, Plaintiff submitted a FOIA request to FBI for the following:

   A. All records, documents, or communications prepared by, received by, or maintained by the FBI which mention the following terms:

      i. Martin Julius Murray

      ii. Mark Francis Murray

      iii. Martin Alexander Wiginton

      iv. Greg Calvert

      v. Larry Caroline

      vi. Bobby Nelson, Attorney

      vii. Linda Evans (Weather Underground)

   B. All records mentioning or about the Armadillo Mayday Tribe;

   C. All records mentioning Martin Murray and the Armadillo Mayday Tribe;

2

D. All records mentioning the Maydays Demonstration, May 3-5, 1971 in and near Washington, D.C.;

E. All records mentioning Martin Murray and the Mayday Demonstration, May 3-5, 1971 in and near Washington, DC;

F. All records mentioning Martin Murray and demonstrations at the dedication of the Lyndon Baines Johnson Library, UT Austin Campus, May 1971;

G. All records mentioning Martin Murray and Temporary Restraining Order issued 21 May 1971, Plaintiff: The State of Texas for and Ex Rel the Board of Regions of the University of Texas System, Defendant Martin Wiginton et al [Martin Murray];

H. All records showing, depicting or providing information on the many SDS protests which took place on the South Mall of the University of Texas, including the Freedom Movement Rally held in that location in 1967; rally to protest Cambodian invasion May 1970 and subsequent march to Capitol Building, downtown Austin;

I. All records showing, depicting or providing information on any SDS protests at the University of Texas Austin; including "sit-in" to protest Marine Recruiters, October 1967, anti-ROTC demonstrations, and the Chuck Wagon Riot fall 1969;

J. All records showing, depicting or providing information on persons from Texas who attended anti-Vietnam War protests or demonstrations in the Washington, DC area including the Pentagon;

  K. All records, including photographs, audio tape recordings, video tape recordings, transcripts of audio or video, and DVDs, made by the FBI or police or informants about SDS activities in the Austin, Texas area; including undercover police informants Nicolaus Dykema, Barbara Roseman, Jo Landrum, and Myron Bloom;

  L. All records mentioning Martin Murray and George Carlson (Head of Security, University of Texas System, Lt. Burt Gerding (Austin Police Department), Allan Hamilton, Security Division, University of Texas at Austin;

  M. All records mentioning Martin Murray and the SDS National Convention, June 1969;

  N. All records showing, depicting, or providing information on the Gerard Winstanley Memorial Caucus (Department of Sociology, UT Austin), New Left Education Project.

Ex. 1.

 7. The request seeks records from September 1, 1967 through December 31, 1974. *Id.*

 8. Defendant acknowledged receipt of the request and unlawfully assigned eight tracking numbers to one request. Ex. 2. Defendant assigned the following topics and tracking numbers:

  A. Martin Julius Murray: 1543007-000,

  B. Mark Francis Murray: 1543212-000,

  C. Martin Alexander Wiginton: 1543213-000,

  D. "Greg Calvert, Et Al": 1543371-000,

4

    E. Armadillo Mayday Tribe: 1543500-000,

    F. Maydays Demonstration: 1543515-000,

    G. Gerald Winstanley Memorial Caucus, New Left Education Project: 1543555-000,

    H. Anti-Vietnam War Protests (Persons from Texas who attended in Washington DC): NFP-138182,

    I. Students for a Democratic Society (Texas): 1543542-000.

Ex. 2.

  9.  Plaintiff asserts that the tracking number 1543007-000 (Martin Julius Murray) refers to any portion of the request mentioning Martin Murray. This encompasses part or all of the request for records outlined in ¶¶ 6(A)(i), (C), (E), (F), (G), (L), and (M) of this Complaint.

  10.  Plaintiff asserts that tracking number 1543212-000 refers in part or in full to the request detailed in ¶¶ 6(A)(ii), (G) of this Complaint.

  11.  Plaintiff asserts that tracking number 1543213-000 refers to the request detailed in ¶ 6(A)(iii) of this Complaint.

  12.  Plaintiff asserts that tracking number 1543371-000 "Greg Calvert, Et Al" refers to Plaintiff's request for records mentioning Greg Calvert, Larry Caroline, Bobby Nelson, and Linda Evans (¶¶ 7(A)(iv)-(vii) of this Complaint); however, because Defendant does not detail the exact contents of "Et Al," it is not obvious what that phrase encompasses as other third parties are mentioned in the original request for records. If the description above represents the scope of the subject "Greg Calvert, Et Al" then this request number is not included in this judicial review.

  13.  Plaintiff asserts that tracking number 1543500-000 refers in part or in full to ¶¶ 6(B)-(C) of this Complaint.

14. Plaintiff asserts that tracking number 1543515-000 refers in part or in full to ¶¶ 6(D)-(E) of this Complaint.

15. Plaintiff asserts that tracking number 1543555-000 refers in full or in part to ¶ 6(N) of this Complaint. If this represents the entire scope of tracking number 1543555-000 then the request is not included in this judicial review.

16. Plaintiff asserts that tracking number NFP-138182 refers in full to ¶ 6(J) of this Complaint.

17. Plaintiff asserts that tracking number 1543542-000 refers in part to ¶¶ 6(H)-(I), (M) of this Complaint, and possibly refers in part to ¶ 6(N) of this Complaint. Plaintiff further asserts records showing, depicting, or providing information on protests of the SDS that took place at the University of Texas were not adequately described by the FBI's subject description "Students for a Democratic Society [] – Texas." Records responsive to this request may have originated outside of Texas. Plaintiff also asserts that documents relating to the SDS within or relating to Texas may not actually be responsive to Plaintiff's request for records relating to the University of Texas.

18. Any subject or record included in the original request but not included in the FBI's numerous responses is a failure of the FBI to assign a tracking number, to conduct a search for records, to issue a determination, and to release responsive records. This includes, but is not necessarily limited to, the FBI's failure to issue a subject and tracking number to records from outside of Texas relating to ¶¶ 6(H)-(I). All such portions of Plaintiff's original request are part of this Judicial Review.

19. On May 5, 2022, as part of its initial set of communications with Plaintiff, Defendant denied Plaintiff's request for records relating to Anti-Vietnam War protesters from Texas who attended protests or demonstrations in the Washington, D.C. area (request no. NFP-138182).

Defendant indicated that its indices were not organized in a way that allowed it to easily search for these reasonably described records. Ex. 2 at 22. Defendant did not, at any time, attempt to clarify the subject of this request or offer Plaintiff the opportunity to amend his request as outlined in 28 C.F.R § 16.3.

20. Plaintiff appealed the denial relating to request NFP-138182 on June 2, 2022 through an online portal. Ex. 3. This appeal was assigned appeal number A-2022-01443 and denied on July 1, 2022. Ex. 4. No final determination has been reached in this appeal.

21. On May 5, 2022, as part of its initial set of communications with Plaintiff, Defendant denied Plaintiff's request for records relating to the Maydays Demonstration saying the records potentially responsive had been transferred to the National Archives and Records Administration (NARA). Ex 2 at 14.

22. On June 29, 2022, Plaintiff appealed the denial relating to the Maydays Demonstrations (request no. 1543515-000). Ex. 5. Plaintiff located records on the FBI's online records system for frequently requested documents, the "Vault," which were responsive to Plaintiff's request. *Id*. On the grounds that Defendant was in possession of these responsive records, Plaintiff appealed. *Id*. This appeal was assigned appeal number A-2022-01603. Ex. 6. No final determination has been issued in this appeal.

23. On May 9, 2022, Defendant issued a determination in the Students for Democratic Society (Texas) request (1543542-000). Ex. 7. Defendant stated that records responsive to the request were located in the "Vault" and provided three search terms (the terms were "Students for a Democratic Society" "SDS" and "COINTELPRO\New Left") which would locate responsive records. However, after searching with two of the three search terms, no responsive records were returned. The term that did return records, "COINTELPRO\New Left[,]" unintuitively overlaps

7

with request 1543555-000 which mentioned the "New Left[;]" however, Defendant stated in its response to 1543555-000 that the records responsive to the New Left request have been transferred to NARA.

24. On June 28, 2022, Plaintiff appealed the response in request 1543542-000. The FBI clearly stated that responsive records existed but failed to provide those responsive records under the search terms which supposedly contained those records. Ex. 8. The appeal was assigned number A-2022-01599, but no final determination has been made. Ex. 9.

25. On July 19, 2022, Defendant denied Plaintiff's request 1543212-000 which sought records relating to Mark Murray. Ex. 10. The FBI did not provide any records in response to that request stating that the responsive records were in possession of NARA. *Id.* This despite the request containing records responsive from the FBI given in a different FOIA request. Ex. 1. On July 28, Plaintiff appealed the response in request 1543212-000. Ex. 11.

26. On August 25, 2022, the Department of Justice assigned the appeal in request 1543212-000 appeal number A-2022-01790 and denied the appeal. Ex. 12.

27. On May 6, 2022, Plaintiff sent a request for an estimated completion date. Ex. 13. This request did not receive a response.

28. Defendant has not issued a determination in requests numbered 1543007-000, 1543213-000, or 1543500-000. These four requests are included in this judicial review as Plaintiff has constructively exhausted his administrative remedies.

29. No decision has been issued on the appeals numbered A-2022-01603 or A-2022-01599. Plaintiff has constructively exhausted his administrative remedies on these appeals and these appeals are included as part of this judicial review.

30. Defendant has not issued a tracking number for records from outside of Texas relating to SDS demonstrations at the University of Texas. The portions of the request which seek records outside of Texas about the SDS demonstrations at the University of Texas are included in this judicial review.

31. Any other such portions of the request which were properly made, but to which the FBI did not issue a tracking number or a final determination are made part of this judicial review.

32. As of the date of this filing, FBI has not complied with FOIA, has not responded to an estimated completion date request, has not issued a determination in four requests, has improperly responded to three other requests on which appeals have been made but no answer returned, and has failed to produce records responsive to Plaintiff's request.

## COUNT I – DEFENDANT'S FAILURE TO ISSUE A DETERMINATION WITHIN THE STATUTORY PERIOD

33. The above paragraphs are incorporated by reference.

34. The request seeks the disclosure of agency records and was properly made.

35. FBI is a federal agency and subject to FOIA.

36. Included within the scope of the request are one or more records or portions thereof that are not exempt under FOIA.

37. FBI has failed to issue a determination within the statutory deadline.

## COUNT II – DEFENDANT'S FAILURE TO CONDUCT A REASONABLE SEARCH

38. The above paragraphs are incorporated by reference.

39. The request seeks the disclosure of agency records and was properly made.

40. FBI is a federal agency and subject to FOIA.

41. FBI has failed to conduct a reasonable search for records responsive to the request.

## COUNT III – DEFENDANT'S FAILURE TO PRODUCE RECORDS

42. The above paragraphs are incorporated by reference.

43. The request seeks the disclosure of agency records and was properly made.

44. FBI is a federal agency and subject to FOIA.

45. Included within the scope of the request is one or more records or portions thereof that are not exempt under FOIA.

46. FBI has failed to produce records responsive to the request.

**COUNT IV – DEFENDANT'S FAILURE TO PROVIDE ESTIMATED COMPLETION DATES**

47. The above paragraphs are incorporated by reference.

48. FBI has failed to respond to an Estimated Completion Date request.

**COUNT V – DEFENDANT'S UNLAWFUL ASSIGNMENT OF MULTIPLE NUMBERS TO A SINGLE REQUEST**

49. The above paragraphs are incorporated by reference.

50. The request seeks the disclosure of agency records and was properly made.

51. FBI is a federal agency and subject to FOIA.

52. Included within the scope of the request is one or more records or portions thereof that are not exempt under FOIA.

53. FOIA requires that each agency shall assign an "individualized tracking number" for each properly made request.

54. FBI has unlawfully assigned multiple numbers to a single request in contravention of the plain language of FOIA.

**WHEREFORE**, PLAINTIFF respectfully request the Court to:

    i. order FBI to conduct a reasonable search for records;

    ii. order FBI to issue a determination;

  iii. order FBI to promptly produce all non-exempt responsive records or portions of records;

  iv. enjoin FBI from withholding non-exempt public records under FOIA;

  v. order FBI to provide Estimated Completion Dates;

  vi. award Plaintiff's reasonable attorneys' fees and costs; and,

  vii. award such other relief the Court considers appropriate.

Dated: August 29, 2022

              RESPECTFULLY SUBMITTED,

              /s/ C. Peter Sorenson
              Attorney for Plaintiff
              C. Peter Sorenson, DC Bar #438089
              Sorenson Law Office
              PO Box 10836
              Eugene, OR 97440
              (541) 606-9173
              peter@sorensonfoialaw.com